JS-6/ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

PETER BERGNE,

    Petitioner,

    v.

JOHN C. MARSHALL, WARDEN,

    Respondent.

Case No.  CV 10-1070-CAS (MLG)

JUDGMENT

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: July 9, 2010

Christina A. Snyder
United States District Judge